JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, | ) | No. ED CV 11-00763-CAS (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| T. BUSBY, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 6, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE